# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **GALDERMA LABORATORIES, L.P.** and **GALDERMA S.A.**, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-584 |
| **PERRIGO CO.** and **PERRIGO ISRAEL PHARMACEUTICALS LTD.**, | § § § § § | |
| Defendants | § | Jury Trial Requested |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Galderma Laboratories, L.P. and Galderma S.A., together with Defendants Perrigo Co. and Perrigo Israel Pharmaceuticals, Ltd., through their respective counsel, file this Stipulation for Dismissal With Prejudice, as follows:

1. This action and claims and counterclaims brought herein are dismissed with prejudice.

2. Each party shall bear its own costs and fees.

3. Notwithstanding the dismissal, the Court retains jurisdiction over this matter for the purposes of enforcing the parties' settlement agreement, should any disputes arise under that agreement.

Respectfully submitted,

*/s/ Michael C. Wilson*
Michael C. Wilson
Texas State Bar No. 21704590
mwilson@munckcarter.com
Jamil N. Alibhai
Texas State Bar No. 00793248
jalibhai@munckcarter.com
Daniel E. Venglarik
Texas State Bar No. 00791851
dvenglarik@munckcarter.com
MUNCK CARTER, LLP
600 Banner Place
12770 Coit Road
Dallas, Texas 75251
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

**ATTORNEYS FOR PLAINTIFFS GALDERMA LABORATORIES, L.P. AND GALDERMA S.A.**

*/s/ Christine J. Siwik (with permission)*
Jane Politz Brandt
Texas State Bar No. 02882090
Jane.Brandt@tklaw.com
Matthew P. Harper
Texas State Bar No. 24037777
Matt.Harper@tklaw.com
Vishal Patel
Texas State Bar No. 24065885
Vishal.Patel@tklaw.com
THOMPSON & KNIGHT, LLP
1722 Routh St., Ste. 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

-and-

Christine J. Siwik
csiwik@rmmslegal.com
William A. Rakoczy
wrakoczy@rmmslegal.com
Alice L. Riechers
ariechers@rmmslegal.com
Gregory A. Duff
gduff@rmmslegal.com
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: (312) 527-2157
Facsimile: (312) 527-4205

**ATTORNEYS FOR PERRIGO CO. AND PERRIGO ISRAEL PHARMACEUTICALS LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2010, the foregoing document was served to all counsel of record via the Court's CM/ECF system.

>  */s/ Michael C. Wilson*
>  Michael C. Wilson