```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                          FORT WORTH DIVISION
```

GALDERMA LABORATORIES, L.P.,    §
et al.                          §
                                §
VS.                             §   CIVIL ACTION NO. 4:10-CV-584-Y
                                §
PERRIGO CO., et al.             §

### FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (doc. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-styled and -numbered cause are hereby DISMISSED WITH PREJUDICE. All costs under Rule 54(d) and 28 U.S.C. § 1920 shall be taxed against the party that incurred them. The Court retains jurisdiction over this matter for the purpose of enforcing the parties' settlement agreement should a dispute concerning the agreement arise.

SIGNED December 8, 2010.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc